

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/18/2015 11:24:45 AM

KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00246-CV**

Trial Court Style: In the Matter of the Marriage of Ana Lisa Hernandez and Marco Antonio Hernandez and in the Interest of Anna Christina Hernandez and Marco Antonio Hernandez Jr. Children

Trial Court No.: **CC-10-03**

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: April 29, 2010
The record was originally due: May 18, 2015
I anticipate the length of the record to be: one volume

I am unable to file the record by the date such record is due because [check one]:

[x]    the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ]    my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

[ ]    Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: **As soon as we receive payment.**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: **May 18, 2015**          Signature: _____

Printed
Name: **Brendaly Guerrero**

Title: **Chief Deputy**

Rev. 1.8.14